# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Texas__

__Corpus Christi__ Division

United States Courts
Southern District of Texas
FILED

JUL 20 2023

Nathan Ochsner, Clerk of Court

Roy Wayne Jackson Jr.
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Elisabeth Zuniga ~~~~~~~
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: (check one) ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

① Evidence (A) medical report, (B) medical med report, ⓒ Included (c) IA-69 Report.
② Brief
③ Complaint
④ Informa Paupris / Waiver of filing Fee

Page 1 of 6

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

BP-03.81 (rev 4) (all rev.) the TDCJ Policy

Tex. Code 15.60p9 enb. their employment, common law Assaults and gender status
Tex. Code Crim. Proc. Art. 56A.052, 56B.103, 56B.104   Tex. Civ. Prac. Rem.   Battery
Title 4 Chapter 83, 85  Texas Tort Claims Act

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Beeville, Texas

B. What date and approximate time did the events giving rise to your claim(s) occur?

~~20 22, 2023~~ 2-8-23

What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I only started getting strikes after I caught the clerks of the District court tampering with my civil case's filed. Every case I filed the clerks did not address the briefs, evidence

Ms. Zuniga slamed my hand in the tray slot and she did it after I ask for a supervisor. She is stalking me for the state prosecutor's. They have told the Federal district court clerks to keep me out of the courts. Putting my life in danger from more assualts. The state employees don't want me fighting my case. The clerks of Court or prison officers are takeing letters and not allowing them in court. The IF anything happens to me, its because the court is keeping out of the court for prison. See 5 USC 67...

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-5-23

Signature of Plaintiff

Printed Name of Plaintiff   Roy Jackson #1989547

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*   *State*   *Zip Code*

Telephone Number
E-mail Address